No. 11–0474/AR.  U.S. v. Antony P. Knowland.  CCA 20071405.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 5, 2012.

No. 11–0496/AR.  U.S. v. Christopher D. Rice.  CCA 20090857.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 5, 2012.

No. 12–0264/AR.  U.S. v. Robert O. Bozeman.  CCA 20080711.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted up to and including February 27, 2012, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0312/AR.  U.S. v. Michael P. Nettles.  CCA 20091032.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 5, 2012.

No. 12–0317/AF.  U.S. v. Ronnie Wilson.  CCA 37486.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 5, 2012.

No. 12–5001/AF.  U.S., Appellant and Cross–Appellee v. Daniel J. Datavs, Appellee and Cross-Appellant.  CCA 37537.  Cross-Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 1, 2012.

No. 12–6004/AR.  U.S. v. Eric W. Cooper.  CCA 20110914.  Appellant's motion to submit redacted joint appendix is granted.

No. 12–6004/AR.  U.S. v. Eric W. Cooper.  CCA 20110914. Appellee's motion to extend time to file a brief granted, *up to and including February 24, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0172/NA.  U.S. v. Jeremy L. Rauscher.  CCA 201000684.  Review granted on the following issue:

APPELLANT WAS CHARGED WITH, INTER ALIA, ASSAULT WITH INTENT TO COMMIT MURDER UNDER ARTICLE 134, UCMJ.  BUT THE SPECIFICATION FAILED TO ALLEGE THE TERMINAL ELEMENT.  THE MEMBERS FOUND APPELLANT NOT GUILTY OF THE CHARGED OFFENSE, BUT GUILTY OF AGGRAVATED ASSAULT UNDER ARTICLE 128, UCMJ, AS A LESSER-INCLUDED OFFENSE.  DID THE LOWER COURT ERR IN HOLDING THAT AGGRAVATED ASSAULT IS A LESSER-INCLUDED OFFENSE OF AN ARTICLE 134

SPECIFICATION THAT FAILS TO ALLEGE THE TERMINAL ELE-MENT?

Briefs will be filed under Rule 25.

No. 12–0224/AF. U.S. v. Jamie D. Martinez. CCA S31779. Review granted on the following issue:

> WHETHER THE LOWER COURT MISAPPLIED *UNITED STATES v. FOSLER* AND *UNITED STATES v. WATKINS* IN FINDING THAT, DESPITE FAILING TO EXPRESSLY ALLEGE THE TERMINAL ELE-MENT, THE ARTICLE 134 SPECIFICATION HERE STATES AN OF-FENSE.

No briefs will be filed under Rule 25.

No. 12–0251/AF. U.S. v. Ermen-Rene Barnett. CCA 37578. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE INFORMED THE MEMBERS OF APPELLANT'S ILLEGAL PRETRIAL PUNISHMENT CREDIT AND THEN FAILED TO IN-STRUCT THE MEMBERS BASED ON A SUBMITTED QUESTION THAT THEY WERE NOT ALLOWED TO NULLIFY SOME OR ALL OF THAT CREDIT BY INCREASING THE SENTENCE.

Briefs will be filed under Rule 25.

Misc. No. 12–8017/AR. Ronald Gray, Appellant v. Eric Belcher, Colonel, U.S. Army, Commandant, U.S. Disciplinary Barracks, Fort Leavenworth, Kansas, Appellee. CCA 20110093. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of coram nobis was filed under Rule 27(b) on this date.